Nkereuwem Umoh, Esq.
Attorney for Plaintiff
   Lovado Adams
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
718-360-0527

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Lovado Adams
           Plaintiff,

v.

City of New York and Does 1-10

           Defendants

---

08 CV 5263 (JGK)
Notice of Appearance

TO:   City of New York, Et al
       100 Church Street
       New York, NY 10007

    PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of plaintiff Lovado Adams in the above-captioned action. Contact information for the undersigned counsel for the plaintiff is as follows:

    Nkereuwem Umoh, Esq.
    255 Livingston Street, 4th Floor
    Brooklyn, NY 11217
    718-360-0527
    numoh@umohlaw.com

The email address listed above should be used for electronic case filing notification purposes.

Dated: June 14, 2008

                                                  By:     _____/s_____
                                                             Nkereuwem Umoh, Esq. (NU 7233)
                                                             Attorney for Plaintiff Lovado Adams

1