UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **LOVADO ADAMS** | AFFIDAVIT OF SERVICE<br>08-CV-5263<br>Plaintiffs, |
| Vs |  |
| **GENERO CASTILLO; MRS. CASTILLO &<br>THE CITY OF NEW YORK. NYPD. ET AL.** | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On On 7/18/08 11:11 AM at 100 CHURCH STREET 4TH FLR, NEW YORK, NEW YORK 10007 Deponent served the within **AMENDED SUMMONS AND** on **CITY OF NEW YORK** by delivering a true copy of each to **MADELYN SANTANA** a authorized person.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation

A description of the person served is as follows:

Sex **FEMALE**
Skin **LATINO**
Color of Hair **BLACK**
Approx. Age **25 - 30**
Approx. Height **5'7" - 5'8"**
Approx. Wt **135-140 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to before me on this
___ day of JULY, 2008

NOTARY PUBLIC

PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09