UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LOVADO ADAMS, | AFFIDAVIT OF SERVICE<br>INDEX # 08-CV-5263<br>Plaintiff |
| Vs |  |
| GENARO CASTILLO, MRS. CASTILLO &<br>THE CITY OF NEW YORK, NYPD. ET AL. | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **7/18/08 4:17 PM** at **1539 WHITE PLAINS ROAD, BRONX, NEW YORK 10464** Deponent served a true copy of the AMENDED SUMMONS AND AMENDED COMPLAINT on **GENARO CASTILLO** by delivering a true copy to **MRS. CASTILLO** a person of suitable age and discretion.

Deponent mailed a copy thereafter within one day thereafter on **7/19/2008** by certified mail, and an additional second copy by regular first class mail to the recipient's last known place of residence in an official depository under the exclusive care and custody of the U.S. Postal Services within New York State.

The envelope bore the legend "Personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney of concerned action against the recipient

A description of the person served is as follows:

Sex **FEMALE**
Skin **LATINO**
Color of Hair **BLACK**
Approx. Age  **45 - 50**
Approx. Height  **5'2"- 5'3"**
Approx. Wt  **135 -140 LBS**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to before me on this
20TH day of JULY 2008

NOTARY PUBLIC
PAUL SIMONOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09