UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| **LOVADO ADAMS,** | AFFIDAVIT OF SERVICE<br>INDEX # 08-CV-5263<br>Plaintiff |
| Vs | |
| **GENARO CASTILLO, MRS. CASTILLO &**<br>**THE CITY OF NEW YORK, NYPD. ET AL.** | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 7/18/08 4:17 PM at **1539 WHITE PLAINS ROAD, BRONX, NEW YORK 10464** Deponent served a true copy of the AMENDED **SUMMONS AND AMENDED COMPLAINT** on MRS. CASTILLO by delivering a true copy to her personally.

A description of the person served is as follows:

**Sex FEMALE**
**Skin LATINO**
Color of Hair **BLACK**
Approx. Age  45 - 50
Approx. Height  5'2"- 5'3"
Approx. Wt **135 -140 LBS**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
20TH day of JULY 2008

NOTARY   PUBLIC
PAUL SIMNOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09