



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/0_

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DARA L. WEISS
Senior Counsel
E-mail: daweiss@law.nyc.gov
Phone: (212)676-1307
Fax: (212) 788-9776

August 5, 2008

**BY FACSIMILE** (212) 805-7912
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Lovado Adams v. Castillo, et al., 08-CV-5263 (JGK)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York. I write to respectfully request a sixty-day enlargement of time, from August 7, 2008, to October 7, 2008, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action. Plaintiff's counsel, Uzoma Alex Eze consents to this request.

There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. It is our understanding that the records of the underlying criminal action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of sealed records so that this office can review the information, properly assess the case, and respond to the complaint. Additionally, because plaintiff has alleged physical injury as a result of the alleged incident, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of medical records, limited at this point to records concerning treatment received as a result of the alleged incident, so that the defendant can properly assess the claims and respond to the complaint.

APPLICATION GRANTED
SO ORDERED

8/7/08

John G. Koeltl, U.S.D.J.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until October 7, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Dara L. Weiss
Assistant Corporation Counsel

cc:   Uzoma Alex Eze, Esq. (via facsimile)