UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

                                                                                  Case No. 08 CIV 5263 (PKC)

LOVADO ADAMS

                              Plaintiff,

            -against-

GENARO CASTILLO; MRS CASTILLO;
CITY OF NEW YORK.

                             Defendant
-----------------------------------------------------------------X

ORDER TO SHOW CAUSE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2008

    Upon the affirmation of Uzoma Eze, an attorney admitted to practice before this court, dated August 12, 2008, the exhibits annexed hereto and upon all pleadings and proceedings heretofore had herein, let the defendants GENARO CASTILLO and MRS CASTILLO ("Castillo Defendants") show cause before the Honorable Judge John G. koeltl of the United States District Court Southern District of New York located at Room ~~2260~~ 500 Pearl Street New York, NY 10007, on ~~August /~~ September 5, 2008 at 9:30 a.m., or as soon as counsel can be heard, why an order should not be made pursuant to Local Rule 55.2 of the Southern District of New York, granting a default judgment against the Castillo Defendants, awarding damages to Plaintiff and for such other relief as the court deems just and proper.

    **Defendants are advised that failure to respond to this order to show cause will be grounds for a default judgment being entered against them in which case there will be no trial.**

    SUFFICIENT reason appearing therefore, let service of a copy of this order together with a copy of the papers upon which it is based, by standard mail upon Castillo

by August 22, 2008

Defendants at 1539 White plains Road, Bronx, NY 10464 be deemed sufficient service.

Plaintiff shall file proof of service of this order by September 3, 2008.

No prior application has been made for the relief requested herein.

DATE: 8/20/08

ENTER

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LOVADO ADAMS

                                Plaintiff,        08 Civ. 5263 (PK)

      - against -                      **CLERK'S CERTIFICATE**

Genaro Castillo, Mrs. Castillo
City of New York      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on 7/18/08 (date) with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the Castillo defendants Mrs Castillo (name) (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of such service thereof was filed on 8/1/08 (date).

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:  New York, New York
           Aug 12, 2008

                                          **J. MICHAEL MCMAHON**
                                          Clerk of the Court

                      By: _____
                                       Deputy Clerk