USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LOVADO ADAMS,                                :

                    Plaintiff,          :   **ORDER**

       -against-                          :   08 Civ. 5263 (JGK) (FM)

THE CITY OF NEW YORK, et al.,       :

                Defendants.        :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       This action having been referred to me for the resolution of certain discovery disputes, it is hereby

       ORDERED that plaintiff's counsel furnish the Court with copies of the plaintiff's documents requests and interrogatories and the responses thereto by March 2, 2009, and that counsel thereafter appear for a conference in Courtroom 20A on March 5, 2009, at 10 a.m. If the latter date and time are inconvenient, counsel should place a conference call to my Chambers to reschedule the conference.

       SO ORDERED.

Dated:    New York, New York
             February 25, 2009

                                                         FRANK MAAS
                                           United States Magistrate Judge

Copies to:

Hon. John G. Koeltl
United States District Judge

Uzoma Alex Eze, Esq.
(212) 658-9092       (fax)

Nkereuwen Inyang Umoh, Esq.
(718) 360-1916       (fax)

Dara Lynn Weiss
Assistant Corporation Counsel
(212) 788-9776       (fax)