**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOVADO ADAMS

Plaintiff,

- AGAINST -

THE CITY OF NEW YORK, ET AL.
Defendants.

08 Civ. 5263 (JGK)

**MEMORANDUM OPINION AND**
**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/10

**JOHN G. KOELTL, District Judge:**

The plaintiff's application for appointment of counsel

filed August 13, 2010 is **denied** at this time without prejudice to

renewal.

For the Court to order the appointment of counsel, the

plaintiff must, as a threshold matter, demonstrate that the

plaintiff's claim has substance or a likelihood of success on the

merits. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d

Cir. 1986). Only then can the Court consider the other factors

appropriate to determination of whether counsel should be

appointed: "plaintiff's ability to obtain representation

independently, and his ability to handle the case without

assistance in the light of the required factual investigation,

the complexity of the legal issues, and the need for expertly

conducted cross-examination to test veracity." Cooper v. A.

Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

At this point in the proceedings, the Court denies the plaintiff's application for appointment of counsel without prejudice to renewal because the Court cannot determine based on the record that the plaintiff's claims are substantial or that she is likely to succeed on the merits.

The plaintiff should work with the Pro Se Office of the Court for any additional help that she needs and should also seek to obtain private counsel.  The Pro Se Office may be contacted at:  Pro Se Office, United States District Court, S.D.N.Y., 500 Pearl St, New York, N.Y.  10007, 212-805-0175.

**SO ORDERED.**

Dated:     New York, New York
           August 26, 2010

                                        John G. Koeltl
                                  United States District Judge

-2-